Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2018 MAY 21  PM 3: 38

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT

for the

District of Colorado

___10th_____ Division

| | |
|---|---|
| David Keith Jenson | ) Case No. **'18 - CV - 01240** |
| | ) *(to be filled in by the Clerk's Office)* |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ☐ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| The Green Solution Management (TGSM) | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if
   needed.

   | | |
   |---|---|
   | Name | The Green Solution Management (TGSM) |
   | Street Address | 700 17th Street Suite 2200 |
   | City and County | Denver |
   | State and Zip Code | Colorado 80202 |
   | Telephone Number | (720) 428-8882 |
   | E-mail Address | |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an
   individual, a government agency, an organization, or a corporation. For an individual defendant,
   include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Eddie Carraro |
| Job or Title *(if known)* | Vice President, Human Resources |
| Street Address | 700 17th Street Suite 2200 |
| City and County | Denver |
| State and Zip Code | Colorado 80202 |
| Telephone Number | (720) 428-8882 |
| E-mail Address *(if known)* | eddie.carraro@tgs.com |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII, 42 USC 2000d, 42 USC 2000e and Section 1981CRA of 1866

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

## III. Statement of Claim

On 11/25/2016, the plaintiff complained of incidents of workplace discrimination against his manager Justin Towers to TGS Manager, Chris Aderhold.  On 11/29/16, Mr. Jenson went to TGS' corporate office to lodge an official complaint.  Mr. Jenson requested to speak with three separate human resources personnel including Eddie Carraro, Brad Faulk and Heidi Fiegel, none of them made themselves available to Mr. Jenson or followed up with the Claimant prior to his suspension on 12/6/16. The complaint was based on the fact Mr. Jenson's job duties were increased significantly by an employee who was not his manager Justin Towers.

On approximately 10/7/16, Mr. Jenson was requested by Lou Crawford, a person outside the Claimant's chain of command to assume the duties of cash coordinator in addition to his duties of Asset Protection Associate (APA).  Although Ms. Crawford stated Mr. Towers authorized the additional duties to be absorbed by the Claimant, Mr. Towers refused to speak with Mr. Jenson directly regarding the increased workload despite several attempts by  Mr. Jenson to address this issue with his manager Justin Towers regarding his new workload which Mr. Jenson perceived to be an unfair and unequal work load compared to all other similarly situated APAs.  On approximately 11/8/16, while serving in the capacity of both APA and cash coordinator, Mr. Jenson was placed on a final written warning by Mr. Towers for a singular incident involving his APA duties.  When Mr. Jenson attempted to speak with TGS management and human resources regarding what he believed to be discriminatory practices and  hostile work environment, human resources and TGS managers with the notable exception of manager Chris Aderhold, refused to meet with the Claimant.

Finally on 12/6/16, Mr. Jenson raised his discrimination complaints along with other compliance issues that were recently brought to the claimant's attention to his new manager Matthew Smith, resulting in the Claimant being suspended from work within 30 minutes of voicing his complaints.  On 12/7/16, prior to his termination, the Claimant, Mr. Towers refused human resources VP Eddie Carraro, a memorandum of conversation regarding an 11/29/16, meeting between manager Greg Sullivan and himself in which Mr. Sullivan verbally retaliated against Mr. Jenson for raising his discrimination concerns and compliance concerns regarding the use of known toxic additives a violation of MED regulations.  Mr. Jenson was asked by Eddie Carraro what would it take to resolve these employment issues.  Mr. Jenson responded with an amount $600,000 and was terminated on 12/12/16.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              05/19/2018

Signature of Plaintiff          *David Keith Jenson*

Printed Name of Plaintiff       David Keith Jenson

### B.     For Attorneys

5755 S. Truckee Ct
Centennial, CO 80015

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address